AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

[Stamp: FILED U.S. DISTRICT COURT OF COLORADO, 2023 OCT 18 AM 11:09, JEFFREY P. COLWELL CLERK, BY _____ DEP. CLK]

United States of America
v.

Case No.

Defendant(s): Denver Mayor Mike Johnston

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **October 6th** in the county of **Boulder** in the **Boulder** District of **Colorado**, the defendant(s) violated:

Code Section | Offense Description

Denver Mayor Mike Johnston is violating so many laws in Denver Colorado that government officials won't do nothing. But I will. He's allowing Denver Rescue Mission to treat the homeless as less than human. Especially out of state homeless as myself. He has basically made me faceless, worthless and dehumanized his government employees have told me what he's up to. His buddies in Minnesota pulled the exact same stuff on me, but they can't be held accountable.

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

Complainant's signature

Printed name and title: Mr. Michael Kleiberg

Sworn to before me and signed in my presence.

Date: 10/18/23

Judge's signature

City and state: 4869 Broadway Avenue, Boulder CO

Printed name and title