IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02726-LTB

MICHAEL KLEIBER,

    Plaintiff,

v.

MICHAEL JOHNSTON, Denver Mayor,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 5, 2023, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 5 day of December, 2023.

            FOR THE COURT,

            JEFFREY P. COLWELL, Clerk

            By: s/ N. Orlin
            Deputy Clerk